UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA<br><br>v.<br><br>KW FUND V-BRAND, LLC., ET AL.<br><br>Plaintiff(s)<br><br>Defendant(s) | CASE NUMBER:<br><br>2:20-CV-07388 VAP (JEMx)<br><br>**ADA DISABILITY ACCESS LITIGATION: APPLICATION FOR STAY AND EARLY MEDIATION** |

1. Party (name): _____SAINT GLEN, INC._____ requests a stay of proceedings and early mediation through the Court's ADR Program

2. The complaint in this case asserts a claim under Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181-12189.

3. The party filing this Application for Stay and Early Mediation requests that the Court:

    a. Stay these proceedings;

    b. Schedule an early mediation through the Court's ADR Program;

    c. Order Plaintiff to file with the Court and serve on Defendant(s) within fourteen (14) days of the date of the Order granting Application for Stay and Early Mediation a statement that includes the following:

        1) An itemized list of specific conditions on the subject premises that are the basis of the claimed violations of the ADA; and

        2) An itemized list of damages and, for each item, the amount sought.

    d. Order Defendant to file with the Court and serve on Plaintiff(s) at least ten (10) days before the date set for the early mediation any evidence Defendant intends to rely upon to support a claim that the alleged violations have been remedied or that no violation exists.

Date: _01-13-2021_

_____ALI R. MIRHOSSEINI_____
*Type or Print Name*

_____[signature]_____
*Signature of Attorney (or Party without Attorney)*

**Opposition to this Application for Stay and Early Mediation
must be filed no later than seven (7) days from the date of service of this
Application for Stay and Early Mediation.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO GARCIA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:20-CV-07388 VAP (JEMx) |
| v. | ADA DISABILITY ACCESS LITIGATION: [PROPOSED] ORDER GRANTING APPLICATION FOR STAY AND EARLY MEDIATION |
| KW FUND V-BRAND, LLC., et al. | |
| Defendant(s) | |

The Court has considered the recently filed Application for Stay and Early Mediation, and hereby **ORDERS**:

1. This action is STAYED as to <u>Defendants KW FUND V-BRAND, LLC and Saint Glen, Inc.</u> for a period of ninety (90) days from the date of the filing of this Order, unless otherwise ordered by the Court.

2. This case is referred to:

    ☐ **ADR PROCEDURE NO. 1:** Magistrate Judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

    ☐ **ADR PROCEDURE NO. 2:** This case is referred to the ADR Program. Within twenty-one (21) days, plaintiff shall obtain the consent of a Mediator listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR-2, Stipulation Regarding Selection of Mediator. If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one. Forms and a list of the Panel Mediators are available on the Court's website, www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

    The ADR proceeding is to be completed no later than: _____.

3. Within fourteen (14) days of the date of this Order, Plaintiff shall file with the Court and serve on Defendant(s) a statement ("Plaintiff's Case Statement") that includes the following:

    a. An itemized list of specific conditions on the subject premises that are the basis of the claimed violations of the ADA; and
    b. An itemized list of damages and, for each item, the amount sought.

4. If Defendant claims to have remedied any or all of the violation(s) identified by Plaintiff, or asserts that no violation exists, that Defendant shall file with the Court and serve on Plaintiff evidence showing the correction or absence of violation(s) at least ten (10) days before the date set for the early mediation.

5. The parties shall file with the Court a Joint Status Report no later than seven (7) days after the ADR proceeding is completed advising the Court of the status of the alleged ADA violations and their mediation efforts.

Date: _____

_____
United States District Judge

cc: ADR Program Director

# PROOF OF SERVICE

I, the undersigned declare that I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1502 N. Broadway, Santa Ana, CA 92706

On January 13, 2021, I served the foregoing document(s) described as:

**ADA DISABILITY ACCESS LITIGATION; APPLICATION FOR STAY AND EARLY MEDIATION**

on all the following interested parties in this action VIA ECF/Electronic service:

CENTER FOR DISABILITY ACCESS

Raymond Ballister Jr.,Esq. (SBN 111282)     Attorneys for Plaintiff
Russell Handy, Esq. (SBN 195058)
Dennis Price, Esq. (SBN279082)
Amanda Seabock, Esq. (SBN 289900)
8033 Linda Vista Road, Suite 200
San Diego, CA 9211
Facsimile: 885-422-5191
amandas@potterhandy.com
rayballister@potterhandy.com
russ@potterhandy.com
dennis@potterhandy.com

[ X ]   **(FEDERAL):**   I declare under perjury under the laws of the United States of America that the foregoing is true and correct. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 13, 2021 in Santa Ana, California.

/s/ Sondra Kilgore

Sondra Kilgore

PROOF OF SERVICE