```
 1  CENTER FOR DISABILITY ACCESS
    Ray Ballister Jr., Esq., SBN 111282
 2  Russell Handy, Esq., SBN 195058
 3  Dennis Price, Esq., SBN 279082
    Amanda Seabock, Esq., SBN 289900
 4  8033 Linda Vista Road, Suite 200
 5  San Diego, CA 92111
    (858) 375-7385; (888) 422-5191 fax
 6  amandas@potterhandy.com
    Attorneys for Plaintiff
 7
    David A. Bernardoni, Esq. (SBN 228155)
 8  dbernardoni@kgswlaw.com
 9  KULIK GOTTESMAN SIEGEL & WARE LLP
    15303 Ventura Boulevard, Suite 1400
10  Sherman Oaks, California 91403
    Telephone: (310) 557-9200
11  Facsimile: (310) 557-0224
12  Attorneys for Defendant
    KW Fund V – Brand, LLC
13
    Ali R. Mirhosseini
14  ali@armlaw.net
15  MIRHOSSEINI LAW GROUP
    1502 N.Broadway
16  Santa Ana,, California 92706
    Telephone: 714-560-9100
17  Facsimile: 714-560-9120
18  Attorneys for Defendant
    Saint Glen, Inc.
19
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No.: 2:20-cv-07388-VAP-JEM |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| v. | |
| KW FUND V – BRAND, LLC, a Delaware Limited Liability Company; SAINT GLEN, INC., a Nevada Corporation; and Does 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each

party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 22,2021          CENTER FOR DISABILITY ACCESS

                              By:    /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff

Dated: April 22,2021          KULIK GOTTESMAN SIEGEL & WARE LLP



                              By:    /s/ David A. Bernardoni
                                     David A. Bernardoni
                                     Attorneys for Defendant
                                     KW Fund V – Brand, LLC

Dated: April 22,2021          MIRHOSSEINI LAW GROUP



                              By:    /s/ Ali R. Mirhosseini
                                     Ali R. Mirhosseini
                                     Attorneys for Defendant
                                     Saint Glen, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to David A. Bernardoni, counsel for KW Fund V – Brand, LLC and Ali R. Mirhosseini counsel for Saint Glen, Inc., and that I have obtained authorization to affix their electronic signature to this document.

Dated: April 22, 2021     CENTER FOR DISABILITY ACCESS

By:  /s/ Amanda Seabock
     Amanda Seabock
     Attorneys for Plaintiff